No. 334.  LAWSON *v.* UNITED STATES.  United States
Court of Appeals for the District of Columbia Circuit.

Certiorari denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *Robert W. Kenny, Bartley C. Crum* and *Martin Popper* for petitioner. *Solicitor General Perlman* for the United States. *G. Leslie Field* and *George W. Crockett, Jr.* filed a brief for the National Lawyers Guild, as *amicus curiae,* supporting the petition.